# BARACK FERRAZZANO
Barack Ferrazzano Kirschbaum & Nagelberg LLP

**Wendi E. Sloane**  |  T. 312.984.3166  |  wendi.sloane@bfkn.com

May 11, 2020

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court for the
Southern District of New York
40 Foley Square, Room 518
New York, NY 10007

**Re:**   *Guglielmo v. Pixi, Inc.*
         **Case No. 1:19-cv-11487-VSB — Fourth Request for Extension of Time**

Dear Judge Broderick:

On behalf of our client, Pixi, Inc. ("**Pixi**") we write to request an extension of time until **June 10, 2020** to answer, move or otherwise plead to the complaint in the above-referenced action. Absent the requested extension, Pixi's response to the complaint would be due on May 11, 2020. Defendant has made three previous requests for an extension of time which were granted. Counsel for the plaintiff consents to the requested extension.

Pixi requests this extension to give the parties additional time to finalize a settlement agreement. The parties have reached a settlement in principle and anticipate finalizing settlement and entering a stipulation of dismissal of prior to June 10, 2020.

I wish to thank the Court in advance for its consideration of this request.

Sincerely,

Wendi E. Sloane

WES/sec

cc:   cc: All Counsel of Record (via ECF)